IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3211 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN R. SCHRINER, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |
| | ) | |

   The defendant appeared before me with counsel this date on the petition for action on conditions of supervised release. The defendant was advised of his rights, and a revocation hearing was scheduled. Defendant proposed that he be released pending his revocation hearing on the condition that he participate in intensive outpatient treatment. The government did not seek detention.

   IT THEREFORE HEREBY IS ORDERED: The defendant is released on the present conditions of supervised release, with the additional conditions:

   a. Defendant shall enroll as soon as possible in an intensive outpatient treatment program offered by Blue Valley Mental Health Services. He shall attend all sessions as directed, participate in good faith in the program, and authorize the release of confidential information to the supervising officer or agency concerning his level of participation and the extent of his progress, and bear all or a portion of the expenses

of such program on a scale or schedule arranged by the supervising officer.

b.  Defendant shall stay in close contact with the supervising officer, abiding by all reporting requirements as directed.

DATED April 23, 2009

> BY THE COURT:
>
> s/ *David L. Piester*
> United States Magistrate Judge