UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
         **Plaintiff**
v.                                              Case Number 4:02cr3211-001

                                                USM Number 17745-047

**JOHN R. SCHRINER**
         **Defendant**
                                                **MARK W. BUBAK**

                                                **Defendant's Attorney**

_____

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to allegations #1 through #6 and #8 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| #1 (Mandatory Condition) | The defendant shall not commit another federal, state, or local crime. | October 3, 2008 |
| #2 (Mandatory Condition) | The defendant shall not commit another federal, state, or local crime. | February 19, 2009 |
| #3 (Mandatory Condition) | The defendant shall not commit another federal, state, or local crime. | March 29, 2009 |
| #4 (Standard Condition #11) | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | March 29, 2009 |
| #5 (Standard Condition #1) | Paragraph #7 of the Standard Conditions of Supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase, or possess, use, distribute or administer any alcohol, just the same as any other narcotic or controlled substance. | March 29, 2009 |

| | | |
|---|---|---|
| #6 (Standard Condition #1) | Paragraph #7 of the Standard Conditions of Supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase, or possess, use, distribute or administer any alcohol, just the same as any other narcotic or controlled substance. | October 3, 2008 |
| #8 (Special Condition #4) | Defendant shall complete 200 hours of community service as approved and directed by the U.S. Probation Officer. The defendant shall be responsible for providing the U.S. Probation Officer with written proof of the number of hours completed. | April 8, 2009 |

**Original Offense**: Count I of the Indictment: Intent To Distribute 50 grams or more of Methamphetamine in violation of 18 U.S.C. 2, 21 U.S.C. 841(a)(1) and 841(b)(1).

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Allegation #7 of the Petition is dismissed on the motion of the United States as to this defendant only.

Following the imposition of sentence, the Court advised the defendant of the right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
January 6, 2010

*Richard G. Kopf*
United States District Judge

January 8, 2010

Defendant: JOHN R. SCHRINER                                                                    Page 3 of 4
Case Number: 4:02cr3211-001

## IMPRISONMENT

It is ordered the defendant's supervised release is revoked and is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **13 months with no supervised release to follow**.

The Court makes the following recommendations to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

Defendant: JOHN R. SCHRINER  
Case Number: 4:02cr3211-001

Page 4 of 4

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 (PAID) | | |

## FINE

No fine is imposed.

## RESTITUTION

No restitution is imposed.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk